SENTENCING SUMMARY CHART

USPO ___
AUSA ___
DEF  X

Defendant's Name: TAYLER LAIDLER      No. 17 CR 1751-JLS
                                      Agree with USPO Calc.: YES

| | |
|---|---|
| Base Offense Level: | 34/31 |
| Specific Offense Characteristics: | |
| SAFETY VALVE | -2 |
| | |
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense: | -2 |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: | 27 |
| ___ Combined (Mult. Counts)  ___ Career Off.  ___ Armed Career Crim. | |
| Adjustment for Acceptance of Responsibility: | -3 |
| Total Offense Level: | 24 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |
| ___ Career Offender  ___ Armed Career Criminal | |
| Guideline Range: | from 51 |
| (Range limited by: ___ minimum mand. ___ statutory maximum | to 63 mths |
| Departures: | |
| FAST TRACK | -4 |
| 5K1.1 AND §3553 | -7 |
| | |
| Total Offense Level: | 13 |
| Resulting Guideline Range: | from 12 |
| | to 18 mths |

Recommendation: CTS + COMMUNITY SERVICE or Home Confinement