To whom it may concern,

Tayler Laidler was hired as a hostess for the Melting Pot 8/25/21. She has been on time every time with an excellent attitude and a willingness to work. She's been an excellent addition to the team and is quickly advancing in position. She has recently been promoted to "server" and is doing a phenomenal job. Every year the restaurant does a fundraiser for St. Judes Childrens hospital and Tayler is a key player in this years campaign. She has personally raised over $1,000 and is leading the charge with her incredible heart and example. Tayler has proven herself to be an extremely valuable employee as her attitude, work ethic, & integrity has passed with flying colors. I'm personally extremely proud of her & I know she will do great things with her life.

Sincerely,

Leston Derrick

**LESTON DERRICK**
GENERAL MANAGER
The Melting Pot of Thousand Oaks



3685 E. Thousand Oaks Blvd. | Thousand Oaks, CA 913
Phone 805-370-88
thousandoaksca@meltingpotfranchise.com | meltingpot.c